AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

**ORIGINAL**

United States of America
v.
MICHAEL J. DAVIS

_____
Defendant

) ) ) ) ) )

Case No. 5:13-CR-194 (FJS)

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY 16 2013
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael J. Davis                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), Manufacture of a Controlled Substance (Marijuana)

Date:   05/08/2013

_____
*Issuing officer's signature*

City and state:   Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  5/8/2013  , and the person was arrested on *(date)*  May 16th, 2013
at *(city and state)*  Altmar, N.Y.  .

Date:  5/16/2013

_____
*Arresting officer's signature*

Robert Alcaro, Special Agent
*Printed name and title*