IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

```
****************************                    Criminal Action No.
UNITED STATES OF AMERICA                         5:13-CR-194   (FJS)

              v.
                                                ENHANCED PENALTY INFORMATION
MICHAEL J. DAVIS,

              Defendant.
****************************
```

THE UNITED STATES ATTORNEY CHARGES:

1.      That on April 27, 1988, the defendant was convicted by a plea of guilty in Onondaga

County Court of the felony offense of Attempted Criminal Sale Controlled Substance-3rd Degree,

a Class C felony, and was sentenced to 6 months incarceration and 5 years probation.

2.      The foregoing felony drug conviction is intended to be relied upon by the United

States in any sentencing of the defendant to increase his punishment in accordance with Title 21,

United States Code, Section 841(b)(1)(B).

All pursuant to Title 21, United States Code, Section 851.


Date: June 18, 2013                    RICHARD S. HARTUNIAN
                                       United States Attorney


                                  By:    /s/
                                         GEOFFREY J. L. BROWN
                                         Assistant U.S. Attorney
                                         Bar Roll No.  513495

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

                                           Criminal Action No.
                                           5:13-CR-194   (FJS)

        v.

MICHAEL J. DAVIS,

                             Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 18, 2013, I electronically filed the **Enhanced Penalty**

**Information** with the Clerk of the District Court using the CM/ECF system.

       James F. Greenwald, Esq.

                                          /s/

                                       Deanna Lieberman